1  Marion C. Passmore (SBN 228474)
     passmore@bespc.com
2  Melissa A. Fortunato (SBN 319767)
     fortunato@bespc.com
3  BRAGAR EAGEL & SQUIRE, P.C.
   580 California Street, Suite 1200
4  San Francisco, CA 94104
   Telephone: (415) 568-2124
5  Facsimile: (212) 214-0506

6  *Attorneys for Plaintiff*

7
                   **UNITED STATES DISTRICT COURT**
8                  **NORTHERN DISTRICT OF CALIFORNIA**

9
   EDWIN ISAAC, derivatively on behalf of      Case No.:
10 ENPHASE ENERGY, INC.,

11                         Plaintiff,           **VERIFIED STOCKHOLDER**
                                                **DERIVATIVE COMPLAINT**
12            v.
                                                **JURY TRIAL DEMANDED**
13
   BADRINARAYANAN KOTHANDARAMAN,
14 MANDY YANG, STEVEN J. GOMO, JAMIE
   HAENGGI, BENJAMIN KORTLANG,
15 JOSEPH MALCHOW, RICHARD MORA, and
   THURMAN JOHN RODGERS,
16
17                         Defendants,

18            and

19 ENPHASE ENERGY, INC.,

20                         Nominal Defendant.

21
22
23
24
25
26
27
28
   _____
                  VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

**INTRODUCTION**

Plaintiff Edwin Isaac ("Plaintiff"), by and through his counsel, derivatively on behalf of Nominal Defendant Enphase Energy, Inc. ("Enphase" or the "Company"), submits this Verified Stockholder Derivative Complaint against Defendants (as defined herein) and alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge.  Plaintiff's information and belief is based upon, among other things, his counsel's investigation, which included, *inter alia*, review and analysis of (i) regulatory filings made by Enphase with the United States Securities and Exchange Commission ("SEC"); (ii) press releases issued and disseminated by Enphase; (iii) a securities class action against certain officers and members of the Company's Board of Directors (the "Board") alleging issuance of false and misleading statements of material fact and the omission of material facts necessary to make other statements made not misleading between December 12, 2022 and April 25, 2023 (the "Relevant Period") with respect to Enphase's business, operations, and prospects; and (iv) other publicly available information concerning Enphase.

**NATURE OF THE ACTION**

1.      This is a stockholder derivative action asserted on behalf of Nominal Defendant Enphase against certain officers and the members of the Company's Board for the claims asserted herein to recover damages caused to the Company as described herein.

2.      Enphase is a Delaware corporation headquartered in Fremont, California.  The Company is a global energy technology company specializing in designing, developing, and manufacturing home energy solutions, including solar microinverters, battery energy storage, and electric vehicle ("EV") charging stations.  The Company's products and services aim to manage energy generation, energy storage, energy control, and communications on one platform, and are marketed to solar distributors, large installers, original equipment manufacturers, strategic partners, and homeowners.

3.      On February 7, 2023, Enphase issued a press release announcing the Company's financial results for the fourth quarter and full year for the period year ending December 31, 2022,

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

along with an optimistic financial outlook for 2023 (the "February 2023 Press Release"). The February 2023 Press Release reported "[r]ecord quarterly revenue of $724.7 million" and a non-GAAP gross margin of 43.8%. It also issued guidance for Enphase's first quarter 2023 revenue to be within the range of $700 million to $740 million, including shipments of 100 to 120 megawatt-hours of Enphase IQ Batteries.

4.       On the same day, the Company held an earnings call, during which defendants Badrinarayanan Kothandaraman ("Kothandaraman") and Mandy Yang ("Yang") highlighted Enphase's record quarterly revenue for first quarter 2023, downplaying any impact from seasonality or a challenging macro environment on sales and revenue growth. The Company attributed the first quarter revenue projections to the anticipated increase in manufacturing higher-margin IQ8 microinverters in Europe and the United States, the rollout of third-generation battery technology, and entry into new markets.

5.       Unbeknownst to investors, the Individual Defendants (defined herein) concealed several material adverse facts, making or causing the Company to make materially false and misleading statements about the Company's business, operations, and prospects. Specifically, they failed to disclose to investors that the Company was experiencing, *inter alia*, (i) slower battery shipment and adoption, including decreased battery shipments to Europe and California; (ii) harmful impact due to the rising interest rates on the Company's microinverter deployments to Arizona and Florida; (iii) an extended transition period with net energy metering ("NEM") 3.0; and (iv) slower inverter output from newly created U.S.-based manufacturing lines. As a result, the Individual Defendants' positive statements about the Company's business, operations, and prospects were materially false, misleading, and lacked a reasonable basis.

6.       The Individual Defendants breached their fiduciary duties by failing to correct and causing the Company to fail to correct these false and misleading statements and omissions of material fact. The Individual Defendants also willfully or recklessly caused the Company to fail to maintain an adequate system of oversight, disclosure controls and procedures, and internal controls.

7.     On April 25, 2023, Enphase issued a press release revealing its first quarter 2023 financial results and a weak revenue forecast for the second quarter of 2023, disclosing the adverse facts previously concealed from investors (the "April 2023 Press Release").

8.     On this news, the Company's stock price declined $56.77, or nearly 26%, from a closing price of $220.60 per share on April 25, 2023, to close at $163.83 on April 26, 2023. Enphase's stock price has yet to return to its pre-disclosure price.

9.     As a direct and proximate result of the misconduct described herein by the Individual Defendants, Enphase has sustained significant damages as explained below.

## JURISDICTION AND VENUE

10.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because the Complaint alleges a claim for violations of Sections 10(b) and 21D of the Securities Exchange Act of 1934 (the "Exchange Act") (15 U.S.C. § 78j(b), 15 U.S.C. § 78u-4(f)) and SEC Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5), as well as Section 14 of the Exchange Act (15 U.S.C. § 78n(a)(1)) and SEC Rule 14a-9 promulgated thereunder (17 C.F.R. § 240-.14a-9).  The Court has supplemental jurisdiction over the pendent state law claims pursuant to 28 U.S.C. § 1367(a) because the state law claims form part of the same case or controversy.  This action is not a collusive one designed to confer jurisdiction on a court of the United States that it would not otherwise have.

11.     This Court has jurisdiction over each defendant because they reside in this District or have sufficient minimum contacts with this District to render the exercise of jurisdiction by the Court permissible under traditional notions of fair play and substantial justice.  The Court has personal jurisdiction over Nominal Defendant Enphase because it is authorized to do business in this state.

12.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial portion of the transactions and wrongs complained of herein, including the defendants' primary participation in the wrongful acts detailed herein and violation of fiduciary duties owed to Enphase. Venue is also proper pursuant to 28 U.S.C. § 1401 because Nominal Defendant Enphase could have sued the same defendants in this District.

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

## **PARTIES**

13.     Plaintiff is an Enphase stockholder and has continuously held Enphase stock from the time of the wrongdoing alleged herein until the present.  Plaintiff will fairly and adequately represent Enphase's interest in this action.

14.     Nominal Defendant Enphase is incorporated under the laws of Delaware, and its principal executive offices are located at 47281 Bayside Parkway, Fremont, California 94538. Enphase's common stock trades on the Nasdaq exchange under the symbol "ENPH."

15.     Defendant Kothandaraman has served as Enphase's President and Chief Executive Officer ("CEO") since September 2017, and as member of the Board since May 2018.  Prior to the Relevant Period, he also served as the Company's Chief Operating Officer.   Kothandaraman received $16,627,977 in total compensation in 2022.  Kothandaraman received $19,527,534 in total compensation in 2023.

16.     Defendant Yang has served as the Company's Chief Financial Officer ("CFO") since February 15, 2022, and as the Company's Vice President since October 2018.   Yang previously served as Chief Accounting Officer and Corporate Treasurer from 2018.  Yang received $11,990,581 in total compensation in 2022.  Yang received $6,656,267 in total compensation in 2023.

17.     Defendant Steven J. Gomo ("Gomo") has served as a member of the Board since March 2011, and as Chair of the Board since October 2022.  He has served as Chair of the Audit Committee since January 2018.   Gomo received $374,862 in total compensation in 2022, and $374,991 in total compensation in 2023.

18.     Defendant Jamie Haenggi ("Haenggi") has served as a member of the Board since August 2020.  Haenggi received $314,872 in total compensation in 2022, and $314,852 in total compensation in 2023.

19.     Defendant Benjamin Kortlang ("Kortlang") has served as a member of the Board since May 2010, and has served as a member of the Audit Committee since at least January 2018. Kortlang received $334,872 in total compensation in 2022, and $334,852 in total compensation in 2023.

4

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

20.     Defendant Joseph Malchow ("Malchow") has served as a member of the Board since February 2020.  Malchow received $309,872 in total compensation in 2022, and $309,852 in total compensation in 2023.

21.     Defendant Richard Mora ("Mora") has served as a member of the Board since February 2014, and has served as a member of the Audit Committee since January 2018.  On March 3, 2023, while in possession of material non-public information, Mora sold 4,500 shares of Company stock at an artificially inflated price for proceeds of $965,774.70.  Mora received $334,872 in total compensation in 2022, and $334,852 in total compensation in 2023.

22.     Defendant Thurman John Rodgers ("Rodgers") has served as a member of the Board since January 2017.  Rodgers received $334,872 in total compensation in 2022, and $334,852 in total compensation in 2023.

23.     The following defendants are hereinafter referred to as the "Individual Defendants": Kothandaraman, Yang, Gomo, Haenggi, Kortlang, Malchow, Mora, and Rodgers.

24.     The following Individual Defendants are collectively referenced herein as the "Director Defendants": Kothandaraman, Gomo, Haenggi, Kortlang, Malchow, Mora, and Rodgers.

25.     The following Individual Defendants are collectively referenced herein as the "Audit Committee Defendants": Gomo, Kortlang, and Mora.

26.     The following Individual Defendants are collectively referenced herein as the "Securities Action Defendants": Kothandaraman and Yang.

27.     The Individual Defendants and Nominal Defendant are collectively referenced herein as "Defendants."

**THE INDIVIDUAL DEFENDANTS OWE FIDUCIARY
DUTIES TO THE COMPANY AND ITS STOCKHOLDERS**

28.     At all times relevant to this case, the conduct of the Individual Defendants was governed by well-recognized rules to protect the Company and its Stockholders, the members of the public who had invested in Enphase.

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

29.     Because of their positions as officers and/or directors of the Company and their ability to control its business and corporate affairs, the Individual Defendants owed the Company and its stockholders the fiduciary obligations of good faith, loyalty, and candor and were and are required to use their utmost ability to control and manage the Company in a fair, just, honest, and equitable manner.

30.     The Individual Defendants were and are required to act in furtherance of the best interests of the Company and its stockholders to benefit all stockholders equally and not in furtherance of their personal interest or benefit.

31.     Each of the Company's directors owes to the Company and its stockholders fiduciary duties of care and loyalty, including good faith, oversight, and candor, to exercise good faith and diligence in the administration of the affairs of the Company and in the use and preservation of its property and assets.

32.     Because of their positions of control and authority as directors and/or officers of the Company, the Individual Defendants were able to and did, directly and/or indirectly, exercise control over the wrongful acts alleged herein.

33.     To discharge their duties, the Individual Defendants were required to exercise reasonable and prudent supervision over the management, policies, practices, and controls of the Company.  By virtue of such duties, the officers and directors of Enphase were required to do the following:

- Ensure that the Company complied with its legal obligations and requirements, including acting only within the scope of its legal authority and disseminating truthful and accurate statements to the SEC and the investing public;

- Conduct the affairs of the Company in a lawful, efficient, and business-like manner to make it possible for the Company to provide the highest quality performance of its business, to avoid wasting the Company's assets, and to maximize the value of the Company's stock;

- Properly and accurately inform investors and analysts as to the true financial condition of the Company at any given time, make accurate statements about the Company's financial results and prospects, and ensure that the Company maintained an adequate system of financial controls such that the Company's financial reporting would be true and accurate at all times;

- Remain informed as to how the Company conducted its operations, and, upon notice of imprudent or unsound conditions or practices, make reasonable inquiry into the nature and cause of such conditions and practices, correct such conditions or practices, and make such disclosures as necessary to comply with federal and state securities laws; and

- Ensure that the Company was operated in a diligent, honest, and prudent manner in compliance with all applicable federal, state, and local laws, rules, and regulations.

34.     The Individual Defendants knowingly violated their obligations as directors and officers of the Company, acting without good faith and consciously disregarding their duties to the Company and its Stockholders despite their knowledge of the risk of serious injury to the Company.

35.     Because of their positions of control and authority, the Individual Defendants were able to exercise control over the wrongful acts complained of herein, as well as the contents of the various public statements issued by Enphase.

**SPECIFIC CORPORATE GOVERNANCE
RESPONSIBILITIES OF THE INDIVIDUAL DEFENDANTS**

36.     The Enphase Board has adopted Enphase's Code of Conduct ("Code of Conduct") to deter wrongdoing.   The Code of Conduct imposes additional duties and responsibilities on the Individual Defendants, including the following:

**2.  Compliance with Laws, Rules and Regulations.**

Enphase Representatives must respect and obey the laws of the cities, states and countries in which Enphase operates.  Enphase Representatives should strive to understand the legal and regulatory requirements applicable to their

business units and areas of responsibility and should seek advice from managers or other appropriate individuals in case of any uncertainty. Violation of laws, rules and regulations may subject you, as well as Enphase, to civil and criminal penalties. Each Enphase Supplier must respect, obey and comply with the laws applicable to its business activities.

**3. Accurate Financial Records.**

Enphase's financial records must be accurate and complete in all material respects. They must be in compliance with laws and accounting practices. The Finance department is responsible for preparing and reporting Enphase's financial results, but those financial statements are the result of activities, transactions, entries and documents prepared throughout Enphase by many people. Enphase Representatives must make sure all such supporting transactions and documents are complete, accurate, and truthful. Enphase Suppliers will use commercially reasonably efforts to assist Enphase with its compliance objectives under this section. No Enphase Representative or Enphase Supplier may take or authorize any action that would cause our financial records or financial disclosure to fail to comply with generally accepted accounting principles, the rules and regulations of the [SEC], and other laws, rules and regulations, or take any action to fraudulently induce, coerce, manipulate or mislead the Finance department or our independent auditors. No Enphase Representative or Enphase Supplier should knowingly allow Enphase to make any false or misleading statement or omit information necessary to make any of Enphase's statements and reports accurate. Any person who becomes aware of any departure from these standards has a responsibility to report their knowledge promptly to their manager (if applicable), HR, Legal or via the Whistleblower Hotline.

\*         \*         \*

**4. Insider Trading.**

All material non-public information about Enphase, our vendors, business partners and customers should be considered confidential, and Enphase Representatives and Enphase Suppliers who have access to such information should use it only for legitimate Enphase business. The use of any material, non-public information to buy stock, or "tip" others, is unethical and illegal.

\*         \*         \*

**7. Avoid Conflicts of Interest.**

A "conflict of interest" exists when a person's private interest interferes in any way with the interests of Enphase. Conflicts of interest may arise when an Enphase Representative, or a member of their family, receives improper personal benefits as a result of their position with Enphase. A conflict of interest can also arise when an Enphase Representative takes actions or has interests that make it difficult to perform their work objectively and effectively.

Conflicts of interest are prohibited, unless specially approved by the Compliance Officer. If you have any questions about a potential conflict of interest or if you become aware of an actual or potential conflict of interest,

8

you should discuss the matter with your manager, HR or Legal.  Managers may not authorize conflicts of interest or make determinations as to whether a problematic conflict of interest exists without first seeking the approval of the Compliance Officer.  If your manager is involved in the potential or actual conflict of interest, you should contact HR, Legal, or use the Whistleblower Hotline.  Any conflict of interest situation involving an executive officer or director, including all loans and guarantees by Enphase involving persons covered by this Code, also requires the authorization of the Audit Committee of the Board of Directors ("Audit Committee").

\*       \*       \*

**10.  <u>Confidential Information.</u>**

Much of the information to which Enphase Representatives have access to at Enphase is confidential, privileged, or proprietary.  Such information should not be disclosed to individuals outside of Enphase, except where required for [C]ompany-related business and covered by the terms of a Nondisclosure Agreement with the receiving individual or entity.  In the course of serving our customers, Enphase Representatives may also learn confidential or proprietary information about them, and it is equally important that Enphase Representatives guard against the disclosure of their confidential information to others.  Competitive information must be gathered with care, and not be acquired in ways that are unethical or illegal.

\*       \*       \*

**12.  <u>Use of Company Assets and Technological Resources.</u>**

All Enphase Representatives and Enphase Suppliers (to the extent applicable) are expected to protect our assets and ensure their efficient use.  Theft, carelessness and waste have a direct impact on our profitability.  Although reasonable personal use of computer equipment is allowed, as a general rule all Enphase property, facilities and products, are expected to be used only for legitimate business purposes.

\*       \*       \*

**14.  <u>Approvals or Waivers.</u>**

Any approval of conduct prohibited by this Code [of Conduct] or any waiver of provisions of this Code [of Conduct] requires approval of the Compliance Officer.  With respect to Enphase's executive officers or directors, any such approval or waiver also requires authorization by the Audit Committee and may also require public disclosure under SEC rules.

37.     The Enphase Board has also adopted Enphase's Corporate Governance Guidelines ("Governance Guidelines") for the conduct and operation of the Board.

38.     In a section titled "Role Of The Board Of Directors," the Governance Guidelines state:

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

The Board is selected by the stockholders to provide oversight of, and strategic guidance to, senior management. The core responsibility of a Board member is to fulfill his or her fiduciary duties of care and loyalty and otherwise to exercise his or her business judgment in the best interests of the Company and its stockholders. Service on the Board requires significant time and attention on the part of directors. More specifically, the Board has responsibilities to review, approve and monitor fundamental financial and business strategies and major corporate actions, assess major risks facing the Company and consider ways to address those risks, select and oversee management and determine its composition and oversee the establishment and maintenance of processes and conditions to maintain the integrity of the Company. Directors must participate in Board meetings, review relevant materials, serve on committees and prepare for meetings and discussions with management. Directors are expected to maintain an attitude of constructive involvement and oversight; they are expected to ask relevant, incisive and probing questions and require honest and accurate answers. Directors must act with integrity and are expected to demonstrate a commitment to the Company, its values and its business and to long-term stockholder value. Directors are encouraged to attend the Company's annual meeting of stockholders, either in person or telephonically.

39. In a section titled "Board Access To Management; Use Of Outside Directors," the Governance Guidelines state:

Board members have complete and open access to the Company's management. It is assumed that Board members will use judgment to ensure that this contact is not distracting to the operations of the Company or to the managers' duties and responsibilities and that such contact, to the extent reasonably practical or appropriate, will be coordinated with the [CEO]. Written communications to management should, whenever appropriate, be copied to the [CEO].

The Board and each committee shall have the power to hire at the expense of the Company, independent legal, financial or other advisors as they may deem necessary, without consulting or obtaining the approval of any officer of the Company in advance.

**DIRECTOR DEFENDANTS ON THE**
**AUDIT COMMITTEE OWE ADDITIONAL DUTIES**

40. The Governance Guidelines and the Audit Committee Charter (the "Audit Charter") place additional duties and responsibilities upon the members of the Board's Audit Committee, which consisted of Gomo, Kortlang, and Moro during the Relevant Period.

41. In a section titled "Board Committees," the Governance Guidelines state:

**6.2  Committee Functions**

Audit Committee. The Audit Committee oversees the Company's corporate accounting and financial reporting process. For this purpose, the Audit Committee performs several functions. The Audit Committee evaluates the performance of

10

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

and assesses the qualifications of the independent auditors; determines and approves the scope of the engagement and compensation of the independent auditors; determines whether to retain or terminate the existing independent auditors or to appoint and engage new independent auditors; reviews and approves the retention of the independent auditors to perform any proposed permissible non-audit services; monitors the rotation of partners of the independent auditors on the Company's audit engagement team as required by law; confers with management and the independent auditors regarding the effectiveness of internal controls over financial reporting; establishes procedures, as required under applicable law, for the receipt, retention and treatment of complaints received by the Company regarding accounting, internal accounting controls or auditing matters and the confidential and anonymous submission by employees of concerns regarding questionable accounting or auditing matters; reviews the financial statements to be included in the Company's Annual Report on Form 10-K; and discusses with management and the independent auditors the results of the annual audit and the results of the Company's quarterly financial statements.

42. According to the Audit Charter, the purpose of the Audit Committee shall be to:

    i. monitor and/or assist the Board in monitoring and overseeing (a) the audit, compliance, accounting and financial reporting procedures of the Company, (b) the adequacy of the Company's internal financial controls, and (c) the overall integrity of the Company's financial statements; and

    ii. monitor and oversee (x) the selection and independence of the Company's independent registered public accounting firm ("independent auditors") and (y) the management of risks associated with the Company's financial reporting, accounting and auditing matters.

43. Pursuant to the Audit Charter, the overarching duties of the Audit Committee and its members include the following:

**ANNUAL FINANCIAL REPORTING**

In connection with the audit of each fiscal year's financial statements, the Committee will:

• meet with representatives of the independent auditor prior to the audit to review planning and staffing of the audit;

• review and discuss the audited financial statements and related accounting and auditing principles and practices with appropriate members of the Company's management;

• review with management and the auditors, as appropriate, the Company's disclosures contained under the caption "Management's Discussion and Analysis of Financial Condition and Results of Operations" in its periodic reports to be filed with the [SEC];

• discuss with the independent auditors the matters required to be discussed by the [Public Company Accounting Oversight Board ("PCAOB")]

11

Accounting Standards No. 1301, including (1) the quality as well as acceptability of the accounting principles applied in the financial statements, and (2) new or changed accounting policies; significant estimates, judgments, uncertainties[,] or unusual transactions; and accounting policies relating to significant financial statement items;

- review with appropriate management and auditor representatives their analysis of significant matters which relate to (1) the selection, application and effects of critical accounting policies applied by the Company, (2) internal auditing, financial management and control personnel, systems and procedures, (3) the status of any new, proposed or alternative accounting or financial reporting requirements, and (4) issues raised by any management letter from the auditors, difficulties encountered in the audit, disagreements with management, or other significant aspects of the audit;

*        *        *

- obtain from the independent auditors a statement of the audit fees and other categories of fees billed for the last fiscal year which are required to be disclosed in the Company's proxy statement for its annual meeting under the SEC's proxy rules, and consider whether the provision of any non-audit services is compatible with maintaining the auditors' independence; [and]

*        *        *

- recommend whether or not the audited financial statements should be included in the Company's Annual Report on Form l0-K for filing with the SEC.

**QUARTERLY FINANCIAL REPORTING**

At a[n Audit] Committee meeting or through the [Audit] Committee chairperson, the [Audit] Committee will review with the independent auditors and appropriate Company officers the Company's interim financial results to be included in the Company's earnings press releases and on each Form 10-Q. The Committee's review will normally include:

- the results of the independent auditors' review of the quarterly financial statements;

- management's analysis of any significant accounting issues, changes, estimates, judgments or extraordinary items relating to the financial statements; and

- the selection, application and effects of critical accounting policies applied by the Company.

*        *        *

**RISK ASSESSMENT AND MANAGEMENT**

The [Audit] Committee will review and discuss with management and, as appropriate, the auditors the Company's major financial risk

exposures and the steps taken by management to monitor and control these exposures.

**OTHER COMMITTEE REVIEW FUNCTIONS**

       \*      \*      \*

      The [Audit] Committee may discuss and review with Company management, internal or outside legal counsel, or the independent auditors any other topics relating to the purpose of the [Audit] Committee which may come to the [Audit] Committee's attention, including:

• published reports, regulatory or accounting initiatives, or communications from employees, government agencies or others, which raise significant issues concerning Company financial statements or accounting policies;

• off balance sheet, related party, or other transactions which could affect the Company's financial results or condition; [and]

• any issues concerning the Company which the independent auditors have discussed with their national or supervisory office[.]

       \*      \*      \*

      The Committee will review and oversee any programs to repurchase the Company's securities and to review the implementation by management of any such repurchase programs.

       \*      \*      \*

**MEETINGS, REPORTS AND RESOURCES OF THE COMMITTEE**

       \*      \*      \*

      The [Audit] Committee will prepare the audit committee report required to be included in the Company's annual meeting proxy statement and report to the Board on the other matters relating to the [Audit] Committee or its purposes, as required by the SEC proxy rules.

      The [Audit] Committee shall make regular reports to the Board, which reports shall include any issues that arise with respect to the quality or integrity of the Company's financial statements, the Company's compliance with legal or regulatory requirements, the performance and independence of the Company's independent auditor, and any other matters that the [Audit] Committee deems appropriate or is requested to be included by the Board.

      The [Audit] Committee is at all times authorized to have direct, independent access to the independent auditors and to the Company's management and internal audit and financer personnel. The [Audit] Committee is authorized to communicate in confidence with any of these individuals.

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

1

**RELEVANT BACKGROUND**

2     44.    Enphase is a global energy technology company that designs, develops,

3 manufactures, and sells home energy solutions.  The Company's product portfolio includes solar

4 microinverters, battery energy storage systems, EV charging stations, and related software and

5 accessories.

6     45.    The Company's innovative technologies product portfolio is integrated to form a

7 comprehensive clean energy platform.  Enphase's product offerings encompass microinverters—

8 convert direct current (DC) electricity from solar panels into alternating current (AC) electricity for

9 use in homes and businesses—and related accessories, the I.Q. Gateway, I.Q. Batteries, the cloud-

10 based Enlighten monitoring service, and a suite of design, proposal, permitting, and lead generation

11 services.

12     46.    The Company's diverse customer base includes solar distributors, large installers,

13 original equipment manufacturers, strategic partners, and homeowners.

14
**THE INDIVIDUAL DEFENDANTS BREACH THEIR**
**DUTIES TO THE COMPANY AND ITS STOCKHOLDERS**
15

16     47.    Through a series of communications, the Individual Defendants made materially false

17 and misleading statements and failed to disclose material adverse facts about the Company's

18 business, operations, and prospects.  The market was, therefore, led astray by the material

19 misstatements and omissions of the Individual Defendants, which artificially inflated the price of

20 Enphase's common stock by creating an unrealistically positive assessment of the Company's

21 operations, earnings, potential for future growth, and adherence to applicable laws and regulations.

22 Specifically, the Individual Defendants failed to disclose to investors that the Company was

23 experiencing, *inter alia*, (i) slower battery shipment and adoption, including decreased battery

24 shipments to Europe and California; (ii) harmful impact due to the rising interest rates on the

25 Company's microinverter deployments to Arizona and Florida; (iii) an extended transition period

26 with NEM 3.0; and (iv) slower inverter output from newly created U.S.-based manufacturing lines.

27

28

As a result, the Individual Defendants' positive statements about the Company's business, operations, and prospects were materially false, misleading, and lacked a reasonable basis.

48.     On December 12, 2022, the Company issued a press release (the "December 2022 Press Release")[1] announcing that there had been an increase in demand for Enphase's products in Florida and that it was expanding its business in Florida.  However, the Company failed to disclose that specifically in Florida, Enphase was being affected by higher interest rates.  The December 2022 Press Release stated in pertinent part:

> FREMONT, Calif., Dec. 12, 2022 (GLOBE NEWSWIRE) – Enphase Energy, Inc. (NASDAQ: ENPH), a global energy technology company and the world's leading supplier of microinverter-based solar and battery systems, announced today that installers of Enphase® products in Florida have seen growing deployments of Enphase Energy Systems™ powered by IQ8™ Microinverters.
>
> ***Residential solar deployments in Florida have grown substantially over the last several years and are expected to reach more than 500 MW by the end of 2022, according to the most recent U.S. Solar Market Insight report from Wood Mackenzie and the Solar Energy Industries Association. Additionally, deployments of residential battery capacity in Florida are expected to grow more than four-fold by the end of 2026, according to the most recent U.S. Energy Storage Monitor report from the Energy Storage Association and Wood Mackenzie.***
>
> "Enphase's IQ8 Microinverters are unlocking more energy independence for our customers than ever before," said Matt Selby, president at Unicity Solar. "We're excited to grow our business by offering Enphase's industry-leading products and services to homeowners across Florida."

49.     On January 5, 2023, the Company issued a press release (the "January 2023 Press Release") announcing that there had been an increase in demand for Enphase's products in Arizona and the opportunity for continued growth in that market.  However, the Company failed to disclose that Enphase was being affected by higher interest rates in the Arizona market, as well.  The January 2023 Press Release stated, in relevant part:

> FREMONT, Calif., Jan. 05, 2023 (GLOBE NEWSWIRE) – Enphase Energy, Inc. (NASDAQ: ENPH), a global energy technology company and the world's leading supplier of microinverter-based solar and battery systems, announced today that ***installers of Enphase® products in Arizona have seen***

---

[1]  Emphasis in all press releases is added unless otherwise indicated.

*growing deployments of Enphase Energy Systems™ powered by IQ8™ Microinverters.*

*According to the U.S. Solar Market Insight report from Wood Mackenzie and the Solar Energy Industries Association, residential solar deployments in Arizona have been growing year-over-year and are forecasted to reach 206 MW in 2023, representing a 20 percent increase over the previous year. Additionally, residential battery deployments in Arizona are expected to nearly quadruple by the end of 2026, according to the most recent U.S. Energy Storage Monitor report from the Energy Storage Association and Wood Mackenzie.*

*"Arizona homeowners and businesses are increasingly turning to solar power to keep their electricity bills under control as power prices continue to rise,"* said Chad Waits, owner at Net Zero Solar, an Enphase Platinum level installer.  "With a shared passion for clean energy, quality, value, and customer service, we're proud to partner with Enphase to offer the IQ8-powered Enphase Energy System to our customers."

"We believe that our customers are the center of our universe and that is why we are proud to provide them with access to the industry-leading IQ8 microinverters from Enphase," said Caleb Antonucci, [CEO] at Our World Energy, an Enphase Gold level installer.  "This cutting[-]edge technology helps Arizona homeowners gain access to clean energy, so they can feel good about doing their part to make the world a better, greener place.  We are committed to helping Arizona homeowners harness the power of clean energy and make the most of their unique needs."

50.     On February 7, 2023, the Company issued the February 2023 Press Release announcing its fourth quarter and full year 2022 financial results.  Therein, Enphase touted its financial highlights for the fourth quarter of 2022, microinverter and battery shipments, and the continued demand for its products.  In the February 2023 Press Release, the Company also provided financial guidance for its first quarter 2023.  In relevant part, the February 2023 Press Release stated:

We reported record quarterly revenue of $724.7 million in the fourth quarter of 2022, along with 43.8% for non-GAAP gross margin.  We shipped 4,873,702 microinverters, or approximately 1,952.4 megawatts DC, and 122.1 megawatt hours of Enphase® IQ™ Batteries.

Financial highlights for the fourth quarter of 2022 are listed below:

- Record quarterly revenue of $724.7 million

- GAAP gross margin of 42.9%; non-GAAP gross margin of 43.8%

- GAAP operating income of $157.0 million; non-GAAP operating income of $229.4 million

- GAAP net income of $153.8 million; non-GAAP net income of $212.4 million

- GAAP diluted earnings per share of $1.06; non-GAAP diluted earnings per share of $1.51

- Free cash flow of $237.3 million; ending cash, cash equivalents, and marketable securities of $1.61 billion

\*        \*        \*

IQ8 Microinverters constituted approximately 55% of all our microinverter shipments during the fourth quarter of 2022.  We introduced IQ8 Microinverters in France and the Netherlands in the fourth quarter of 2022, marking the first expansion into international markets for the product since its successful launch in North America in late 2021.

Our IQ Battery shipments were 122.1 megawatt hours in the fourth quarter of 2022, compared to 133.6 megawatt hours in the third quarter of 2022.  We made significant software upgrades to continue improving the installer and homeowner experience and brought commissioning times down.  We shipped IQ Batteries to North America, Germany, and Belgium during the fourth quarter of 2022.  We now have approximately 2,300 installers worldwide that are certified to install our IQ Batteries.

We are adding additional manufacturing capacity in the United States due to the strong global demand for our products as well as the incentives related to the Inflation Reduction Act (IRA).  We plan to begin domestic manufacturing in the second quarter of 2023 with a new contract manufacturing partner and in the second half of 2023 with our two existing contract manufacturing partners.

We began manufacturing Enphase-branded electric vehicle (EV) chargers at our contract manufacturing facility in Mexico, helping us to increase capacity and reduce costs.  We expect to introduce IQ smart EV chargers to customers in the United States in the first half of 2023.  They will provide connectivity and control, enabling use cases like green charging and allowing homeowners visibility into the operation of their Enphase solar-plus-storage-plus-EV system through the Enphase® App.

We continued to make progress on our installer platform.  We made updates to Solargraf℠ software during the fourth quarter of 2022, incorporating battery design and proposal, document management, consumption modeling, and several other improvements requested by our installer partners.  In addition, we made significant strides in automating the creation of permit plan sets with Solargraf software.  We now have more than 1,000 installers using the software.

\*        \*        \*

**FIRST QUARTER 2023 FINANCIAL OUTLOOK**

For the first quarter of 2023, [the Company] estimates both GAAP and non-GAAP financial results as follows:

17

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

- Revenue to be within a range of $700 million to $740 million, which includes shipments of 100 to 120 megawatt hours of Enphase IQ Batteries;

- GAAP gross margin to be within a range of 40.0% to 43.0%; non-GAAP gross margin to be within a range of 41.0% to 44.0%, excluding stock-based compensation expense and acquisition related amortization[.]

51.    During the related earnings call (the "February 2023 Earnings Call"), the Individual Defendants continued to tout Enphase's ramp up in higher-margin IQ8 microinverters, the launch of its gen-3 battery technology, increased expansion into new markets, and the start-up of U.S. manufacturing lines—and brushing aside the possible negative impacts of interest rates on the Company overall.  Defendants Kothandaraman and Yang commented on Enphase's achievement of delivering record quarterly revenue for its first quarter 2023.  Specifically, Kothandaraman stated during the call as follows:

> Let's talk about microinverter manufacturing.  Our overall supply environment remains quite stable in general.  There are issues that crop up from time-to-time.  Our teams are staying on top of them.  Our quarterly capacity was 5 million microinverters exiting Q4.  We are on track to begin manufacturing at Flex Romania starting this quarter, enabling us to service Europe better.  This will enable a total quarterly capacity of 6 million microinverters exiting Q1.  We are going to increase this capacity even more with U.S. manufacturing.

> Let's cover that now.  As we discussed last quarter, we are pleased that the IRA will help bring back high-tech manufacturing to the U.S. and stimulate the economy through the creation of jobs.  We are excited to service the U.S. customers better with local manufacturing.  We plan to begin U.S. manufacturing of our microinverters in the second quarter of 2023 with a new contract manufacturing partner and in the second half of 2023 with our 2 existing contract manufacturing partners.  We plan to open 6 manufacturing lines by the end of this year adding a quarterly capacity of 4.5 million microinverters, bringing our total quarterly capacity to more than 10 million microinverters as we exit 2023.

> *        *        *

> Let's cover the regions.  Our U.S. and international revenue mix for Q4 was 71% and 29%, respectively.  In the U.S., our revenue increased 15% sequentially and 59% year-on-year.  We had record quarterly revenue, record quarterly sell-through for our microinverters and record quarterly installer count in the fourth quarter.  Our microinverter channel inventory was quite healthy at the end of the fourth quarter, while our storage channel inventory was a little elevated.

> *        *        *

18
VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

We have a strong team in place and are quite bullish about 2023.  We expect to introduce IQ batteries and IQ8 microinverters into many more countries in Europe as we progress through the year.  Our value proposition is our differentiated home energy management systems, combined with high quality and great customer experience.

*       *       *

There are a couple of interesting observations I thought I will share with you. Even with the pronounced seasonality and sell-through in January, we would like to point out that our activations are holding up.  The second point to also note is that in conversations with our installers and distributor partners, they have started to see originations pickup in January when compared to December.  Although the data we have is limited, these two points make us cautiously optimistic about Q2. We have also seen some analyst reports about a possible shift from loans to [power purchase agreements ("PPA")] due to the high prevailing interest rates.  We work with thousands of installers every quarter.  Our installer base is very diverse, both small and large installers that offer cash, loans and PPA options to homeowners.  Any shift from one type of financing to another only has a minor impact to our business, almost negligible.  No matter what the conditions are, our approach at Enphase does not change.

52.  Defendant Yang also commented on the Company's fourth quarter 2022 and guidance for its first quarter 2023:

Total revenue for Q4 was $724.7 million, representing an increase of 14% sequentially and a quarterly record.  We ship approximately 1,952.4 megawatts DC of microinverters and 122.1 megawatt hours of IQ batteries in the quarter.  Non-debt gross margin for Q4 was 43.8% compared to 42.9% in Q3.  The increase was driven by a favorable IQ8 product mix.  GAAP gross margin was 42.9% for Q4.   Non-GAAP operating expenses were $87.7 million for Q4 compared to $78.6 million for Q3.  The increase was driven by international growth, customer service and R&D.

GAAP operating expenses were $153.7 million for Q4 compared to $132.5 million for Q3.  GAAP operating expenses for Q4 included $59.4 million of stock-based compensation expenses and $4.9 million of acquisition-related expenses and amortization for acquired intangible assets and $1.8 million of restructuring and asset impairment charges.

*       *       *

In Q4, we generated $253.7 million in cash flow from operations and $237.3 million in free cash flow.  Capital expenditure was $16.4 million for Q4 compared to $8.9 million for Q3.  The increase was primarily due to investment in additional content manufacturing sites and R&D equipment. Capital expenditure for the full year of 2022 was $46.4 million.

Now let's discuss our outlook for the first quarter of 2023.  We spent our revenue for the first quarter of 2023 to be within a range of $700 million to $740 million, which includes shipments of 100[-] to 120-megawatt hours of IQ batteries.  We expect GAAP gross margin to be within the range of 40%

19

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

to 43% and non-GAPP gross margin to be within the range of 41% to 44%, which excludes stock[-] based compensation expenses and acquisition-related amortization. We assume a conservative euro FX rate in our Q1 guidance, and we don't expect significant impact to our financials from fluctuations in FX rates. We set up our debt operating expenses to be within a range of $177 million to $181 million, including approximately $77 million estimated for stock-based compensation expenses, restructuring charges for site consolidation, acquisition-related expenses[,] and amortization. We expect our non-GAAP operating expenses to be within a range of $100 million to $104 million.

53. Defendant Kothandaraman also positively described the Company's opportunities for its fiscal year 2023 as follows:

We manage for the long term. The basic thesis ongoing solar and storage remains intact, aided by a few factors: first, the utility rates, which are rising in many states across the U.S.; second, the 30% ITC tax credit, which has been extended for 10 years with the IRA; and third, the desire for energy independence and tackling climate change. At Enphase, we will continue to make best-in-class home energy systems with a laser focus on product innovation, quality and customer experience.

Let's switch to talking about battery. We shipped 122-megawatt hours of IQ batteries in Q4. We have now certified approximately 2,300 installers worldwide since the introduction of IQ batteries into North America, Germany and Belgium. Our installers in North America experienced a median commissioning time of 91 minutes exiting Q4 compared to 118 in Q3. We made significant software changes to improve communication, grid transitions and commissioning time, and I'm quite happy with the performance of the team.

As a result, we saw slightly higher sell-through of our batteries in Q4 versus Q3. We've also got a number of feedbacks from the installers about the fact of improved performance in terms of commissioning. We plan to ship 100[-] to 120- megawatt hours of IQ batteries in Q1. We also expect to start ramping our third[-]generation IQ battery in North America and Australia in the second quarter. This battery has got 5-kilowatt hour modularity, 2x the power compared to our existing battery and 30-minute commissioning time in addition to being easier to install and service. We expect the higher charge discharge rate as well as the 5-kilowatt hour modularity to be uniquely beneficial to the homeowners under the upcoming NEM 3.0 tariff in California. With the significant changes we are making to our IQ batteries, we are confident that storage installations will become as efficient as microinverters. And as a result, the profitability for installers should get better. We expect our battery business to perform well in the second half of the year, both due to our third[-]generation battery as well as NEM 3 adoption in California.

*       *       *

In summary, we are quite pleased with our performance. As a reminder, our strategy is to build best-in-class home energy systems and deliver them to homeowners through our installer and distributor partners, enabled by the

20

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

installer platform.  We have many new products that are coming out in 2023 that will increase our served available market and positively contribute to the top line.

We look forward to introducing IQ8 microinverters worldwide, introducing IQ batteries into more countries in Europe, launching our third-generation battery in North America and Australia as well as introducing our highest power 480-watt IQ8P microinverter for both the U.S. small commercial and emerging residential markets.  We're also excited about the upcoming Solargraf functionality, especially the NEM 3.0 functionality and finally, the work we are doing to bring both smart EV chargers as well as bidirectional EV charging capabilities to the market.

54.    During the February 2023 Earnings Call the following exchange occurred between an analyst from JP Morgan Chase & Co ("JP Morgan") and Kothandaraman concerning the Company's outlook for 2023 in its European market:

[Analyst:]  So a lot of focus on the U.S. markets, but I just wanted to go back to your comments about Europe.  So, that's obviously been very strong in the last couple of years, kind of doubling each year.  I know you don't guide annually, but just kind of how should we think about that market in 2023?  Do you think kind of an approximate doubling is kind of the base case that we should be expecting from here?

[Kothandaraman:]  Well, as you said, we do not drive something annually, but European market is growing.  At least our internal reports talk about served available solar market of about 13 gigawatts, 1-3, in 2023.  The markets to really – the markets that are really driving are Netherlands, Germany, Spain, France, Italy, and even actually Austria, Poland, et cetera.  They're all becoming quite significant markets.  In addition, attach – battery attach is also growing.  Like what I stated in the prior question – answering the prior question, the attach rate on batteries in Germany is 80%.  So, solar plus storage is growing healthily.  And the geopolitical situation accelerated it last year, and that's continuing what do – what's our position is.  We have a very differentiated product.  We have microinverters on the roof, which are very high quality, easy to install.  We have a huge customer service operation there in France and in Germany, and we take care of customers well.

                    *       *       *

So to answer your question, the market is growing.  The market is growing really significantly.  That's what I told you 13 gigawatts, we are well positioned due to our differentiating value proposition, and we recently bought a company, GreenCom Networks that is even going to make that situation better where we provide a complete home energy management system to our installers.

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

55.     During the same call, the following exchange occurred between an analyst from Wolfe Research, LLC and Kothandaraman regarding the Company's assurance that demand will be able to meet the "doubling of production":

> **[Analyst:]**  Just you are growing your production capacity, you are doubling it from $5 million a quarter to $10 million.  You said, I think, by year end of 2023, just could you give us a sense of your conviction that the demand will be there to meet that doubling of production.

> **[Kothandaraman:]**  Yes.  Look, if you look at our past growth rates, you can see it, we grew from – we grew, I think, '21 to '22, we grew 59%.  And at that time, I think end of '21, we were doing, if I remember right, around 3-ish million units a quarter.  End of '22, we are now – we just reported 5-ish million units a quarter.  So you can see that that's the nice growth.  So – our long-term thesis on solar is – we are extremely bullish.  We – especially with countries like Europe and with a strong position in the U.S. with our rapid entry into other emerging markets.  We think it is the right call to basically invest in the right manufacturing, especially given the IRA benefits.  So even if we don't use all 10 million units per quarter, we will use it sooner or later.  And I think the ROI is well worth [it] especially considering the net benefit to us.  So our logic was quite simple.  We weren't worried.  We did a few back-of-the-envelope calculations.  We thought it is the right thing for us to invest in these lines and fortunately, we have very strong and great contract manufacturing partners who need to do a lot of the heavy lifting, all our capital that we set out is quite limited.  They do a lot of the heavy lifting, like what they are doing today, and two of them are existing contract manufacturers.  So, we have deep relationships.  And we are going to work with them in the long-term.  So, we thought that's the right decision for us to do, and we basically accelerated that effort.  And once we make a decision, it takes us a few quarters.  In the past, it has taken us four quarters to six quarters to ramp up the likes.  So our thesis is quite bullish on solar, and we think that's the right call.

56.     During the February 2023 Earnings Call, Kothandaraman was asked about the effects of NEM 3.0 system on Enphase's products.  Specifically, the following exchange occurred between an analyst from Goldman Sachs and Kothandaraman:

> **[Analyst:]**  First question I had was just around NEM 3.0.  I think there's different implications of that policy uncertainty near term and medium term from what we're hearing.  So maybe just wanted to get your thoughts near term, some views out there that maybe there's a pull forward on demand in California [ – ] would be curious what you're seeing with respect to that?  And then kind of in the medium term, we're hearing the industry is still maybe trying to figure out how to navigate this.  So curious how you specifically are thinking about the second half of 2023 in the U.S.?  Are you kind of base case in California to be down significantly?  And then how do you see yourself navigating that, if that's the case?  Are you driving more product to other states, focusing more in Europe?  Just curious just how you'd be thinking

22

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

about planning into that period of higher policy uncertainty in the back half? [. . .]

**[Kothandaraman:]**  Yes.  On NEM 3, we aren't really seeing any pull forward right now.  But in talks with few installers in California, both big and small, like what I said, the originations are up strongly.  They are all quite optimistic.  And maybe we will see something soon that's why I talked about an optimistic Q2.  But so far, we haven't seen any pull forward demand yet.  Now on talking about NEM 3.0 in general.  NEM 3.0 is going to be incredibly positive for us.  Because NEM 3.0, I mean, just so everybody gets it, I'll talk about NEM 3.0, the features of NEM 3.0.  Basically, the – previously, the import and export rates were the same.  So therefore, when you exported electrons with the solar system didn't really matter.  As long as you exported, it got directly subtracted from what your input.  That's why it's called net metering, and that was net metering 2.0.  With NEM 3.0, it matters when you export these electrons.  So you have 24 hours a day, 365 days a year.  So basically, 8,760 data points, and there is an export rate for each of those data points.  Each of those hours, there is an export rate.  And – but what it works out to be is if you are interested in a pure solar system, your payback dropped understandably from, let's say, 5 years, it increases actually to something like 7 or 7.5 years with the pure solar system.

\*      \*      \*

I'm not sure whether California will go in that direction.  Time will tell because, we do have some color.  We do have resilience issues as well.  But I'm sure markets will evolve a little in that direction, too.  So bottom line, we are incredibly optimistic.  We got the right batteries for it with the third-generation battery.  We got the modularity, which I think will start becoming popular.  Grid-tied may become popular, but we'll be ready to do either grid tied or off grid, on grid with backup.  The things that are looking, we like NEM 3.0.  Of course, we didn't like the fact the step down happened right away.  But I think in the long term, it's an okay decision.

57.    The above statements identified in the December 2022 Press Release, the January 2023 Press Release, the February 2023 Press Release, and the February 2023 Earnings Call were materially false and misleading and failed to disclose material adverse facts about the Company's business, operations, and prospects.  Specifically, the Individual Defendants failed to disclose to investors that the Company was experiencing, *inter alia*, (i) slower battery shipment and adoption, including decreased battery shipments to Europe and California; (ii) harmful impact due to the rising interest rates on the Company's microinverter deployments to Arizona and Florida; (iii) an extended transition period with NEM 3.0; and (iv) slower inverter output from newly created U.S.-based manufacturing lines.  As a result, the Individual Defendants' positive statements about

23
VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

1   the Company's business, operations, and prospects were materially false, misleading, and lacked a

2   reasonable basis.

3              **THE COMPANY ISSUES A FALSE AND MISLEADING PROXY STATEMENT**

4          58.    On April 6, 2023, Enphase filed a Schedule 14A with the SEC (the "2023 Proxy

5   Statement").  The Director Defendants solicited the 2023 Proxy Statement, which was filed pursuant

6   to Section 14(a) of the Exchange Act.  The 2023 Proxy Statement contained material misstatements

7   and omissions.

8          59.    The 2023 Proxy Statement asked Enphase stockholders to vote to, among other

9   things: (1) reelect Haenggi, Kortlang, and Mora to the Board for a three year term ending as of the

10  Company's annual meeting of stockholders in fiscal year 2026; (2) approve, on advisory basis, the

11  compensation of the Company's named executive officers, including Kothandaraman and Yang,

12  commonly referred to as "say-on-pay"; and (3) ratify the selection of Deloitte & Touche LLP as

13  Enphase's independent registered public accounting firm for the year ending December 31, 2023.

14         60.    The 2023 Proxy Statement stated that as a nominee defendant Haenggi was qualified

15  based on her "extensive experience in consumer and commercial sales, marketing and customer

16  experience" and that Kortlang was qualified based on his "work as a venture capitalist with a with a

17  focus on growth-stage investing in alternative energy technologies" and his investing and business

18  experience[.]"  Mora was qualified based on his "expertise in process and productivity improvements

19  at the corporate, regional and country level" and his years of experience with respect to emerging

20  companies, risk management, team building and international operations."

21         61.    The 2023 Proxy Statement included the following, in relevant part, regarding the

22  "Role of the Board in Risk Oversight":

23          One of the Board's key functions is informed oversight of our risk management
            process.  The Board does not have a standing risk management committee, but
24          rather administers this oversight function directly through the Board as a whole, as
            well as through various Board standing committees that address risks inherent in
25          their respective areas of oversight.  In particular, the Board is responsible for
            monitoring and assessing strategic risk exposure, including a determination of the
26          nature and level of risk appropriate for Enphase.  The Audit Committee has the
            responsibility to consider and discuss our major financial and accounting risk
27          exposures and the steps our management has taken to monitor and control these

28  _____

24

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

exposures, including guidelines and policies to govern the process by which risk assessment and management is undertaken.  The Audit Committee also monitors compliance with legal and regulatory requirements, in addition to oversight of the performance of our internal audit function.

                              *          *          *

The Compensation Committee assesses and monitors whether any of our compensation policies and programs has the potential to encourage excessive risk-taking.  Each of our committees provides reports to the full Board on their oversight activities and elevates review of risk issues to the Board as appropriate.  In addition, the Board meets with certain members of our executive team, including the heads of our different organizational functions, who discuss the risks and exposures involved in their respective areas of responsibility as well as any developments that could impact our risk profile or other aspects of our business.  These reports from our executive team are designed to provide timely visibility to the Board and its committees about the identification and assessment of key risks, our risk mitigation strategies and ongoing developments.

        62.     With further respect to the Board's risk oversight responsibilities the 2023 Proxy Statement stated, in relevant part:

        [T]he Audit Committee, among other things:

        • evaluates the performance of and assesses the qualifications of the independent auditors;

        • determines and approves the scope of engagement and compensation of the independent auditors;

        • confers with management and the independent auditors regarding the effectiveness of internal controls over financial reporting; and

        • establishes procedures, as required by law, for the receipt, retention[,] and treatment of complaints regarding accounting, internal accounting controls[,] or audit matters.

        The Audit Committee also has the following responsibilities:

        • determining whether to retain or terminate the existing independent auditors or to appoint and engage new independent auditors;

        • reviewing and approving the retention of the independent auditors to perform any proposed permissible non-audit services;

        • reviewing and approving or rejecting related-party transactions;

        • oversight of our enterprise risk management program; and

        • reviewing and discussing with management and the independent registered public accounting firm our annual audited and quarterly financial statements, the results of the independent audit and the quarterly reviews, and the reports

                                      25
        VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

1     and certifications regarding internal control over financial reporting and disclosure controls.

2     63.     The 2023 Proxy Statement also referred to the Corporate Governance Guidelines,

3 stating, in relevant part, that the guidelines "ensure that the Board will have the necessary authority

4 and practices in place to review and evaluate our business operations as needed and to make

5 decisions that are independent of our management" and "are also intended to align the interests of

6 directors and management with those of our stockholders."

7     64.     The Code of Conduct was also mentioned in the 2023 Proxy Statement, noting its

8 availability on the Company's website and that it "applies to all officers, directors and employees."

9     65.     The 2023 Proxy Statement was materially false and misleading in that it

10 recommended the reelection of members of the Board without disclosing to investors their

11 participation in the wrongdoing alleged herein.  In addition, the 2023 Proxy Statement was materially

12 misleading because it failed to disclose that: (i) contrary to the 2023 Proxy Statement's descriptions

13 of the Code of Conduct, the Corporate Governance Guidelines, and the Board's risk oversight

14 responsibilities, the Board and its committees did not adequately exercise these functions and were

15 causing or permitting Enphase to issue false and misleading statements; (ii) the Individual

16 Defendants allowed defendant Mora to sell stock at artificially inflated prices while in possession of

17 material non-public information; and (iii) the Individual Defendants used "pay-for-performance"

18 rewards when calculating executive compensation despite artificially inflating the Company's value

19 by issuing false and misleading statements.

20     66.     The 2023 Proxy was further materially misleading because it failed to disclose that

21 the Company was experiencing, *inter alia*, (i) slower battery shipment and adoption, including

22 decreased battery shipments to Europe and California; (ii) harmful impact due to the rising interest

23 rates on the Company's microinverter deployments to Arizona and Florida; (iii) an extended

24 transition period with NEM 3.0; and (iv) slower inverter output from newly created U.S.-based

25 manufacturing lines.  As a result, the Individual Defendants' positive statements about the

26 Company's business, operations, and prospects were materially false, misleading, and lacked a

27 reasonable basis.

28

1    **MORA SELLS COMPANY STOCK AT ARTIFICIALLY INFLATED PRICES**

2           67.    During the period of wrongdoing described above, Enphase insider defendant Mora

3    sold Company stock at artificially inflated prices while in possession of material non-public

4    Company information.

5           68.    On March 3, 2023, defendant Mora sold 4,500 shares of Company stock at a price of

6    approximately $214.62 per share for proceeds of $965,774.70 while it was trading at artificially

7    inflated prices due to the false and misleading statements alleged herein and while he was in

8    possession of material non-public Company information.

9           69.    While many of the Company's stockholders lost significant money with the shares

10   dropping substantially, Mora sold his shares at artificially high prices and avoided the staggering

11   losses suffered by stockholders.

12          70.    As a result, defendant Mora benefitted from the artificial inflation of the price of the

13   Company's stock and the resulting increase in the value of Enphase stock and stock options they

14   held.

15                                  **THE TRUTH IS REVEALED**

16          71.    On April 25, 2023, the Company issued the April 2023 Press Release announcing its

17   first quarter 2023 financial results and a weak revenue guidance for its second quarter 2023.  The

18   April 2023 Press Release stated, in relevant part:

19                 Total revenue for the first quarter of 2023 was $726.0 million, compared to
                   $724.7 million in the fourth quarter of 2022.  Our revenue in the United States
20                 for the first quarter of 2023 decreased approximately 9% due to seasonality
                   and macroeconomic conditions, while our revenue in Europe increased
21                 approximately 25%, compared to the fourth quarter of 2022.  Our non-GAAP
                   gross margin was 45.7% in the first quarter of 2023, compared to 43.8% in
22                 the fourth quarter of 2022, driven by increased IQ8™ product mix and
                   improved logistics.
23
                                          *       *       *
24
                   For the second quarter of 2023, Enphase Energy estimates both GAAP and
25                 non- GAAP financial results as follows, excluding any benefit from the IRA:

26          •      Revenue to be within a range of $700.0 million to $750.0 million, which
                   includes shipments of 80 to 100 megawatt hours of Enphase IQ Batteries
27
                                                    27
28   _____
                   VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

- GAAP gross margin to be within a range of 41.0% to 44.0%

- Non-GAAP gross margin to be within a range of 42.0% to 45.0%, excluding stock-based compensation expense and acquisition related amortization

- GAAP operating expenses to be within a range of $155.0 million to $159.0 million

- Non-GAAP operating expenses to be within a range of $98.0 million to $102.0 million, excluding $57.0 million estimated for stock-based compensation expense, acquisition related expenses and amortization, and restructuring charges for site consolidation

- GAAP and non-GAAP annualized effective tax rate is expected to be within a range of 21.0% to 23.0%.

72.     During the related earnings call, the Individual Defendants revealed the problems with Enphase's business and operations that had plagued it since the beginning of the Relevant Period. Specifically, during the call, defendant Kothandaraman stated, in relevant part:

> We had a decent quarter. We reported revenue of $726 million, shipped approximately 4.8 million microinverters and 102-megawatt hours of batteries and generated free cash flow of $223.8 million. Approximately 65% of our Q1 microinverter shipments were IQ8. We exited Q1 at 46% gross margin, 14% operating expense[,] and 32% operating income, all as a percentage of revenue on a non-GAAP basis.
>
> *     *     *
>
> In the U.S., our revenue decreased 9% sequentially due to seasonality and macroeconomic conditions and increased 28% year-on-year. The sell through of our microinverters in Q1 decreased 21% sequentially compared to Q4, worse than the typical seasonality of 15%. Our microinverter channel inventory at the end of Q1 was relatively normal, while the storage channel inventory was a little elevated.
>
> *     *     *
>
> As I said earlier on this call, our sell-through of microinverters in the U.S. was 21% lesser in Q1 compared to Q4. Our sell-through in California was only 9% lesser than Q4. There was some impact due to the weather in early Q1, but the NEM 2.0 rush in Q1 more than compensated for it.
>
> California installers took advantage of the NEM 2.0 rush and have built up a solar backlog for the next three to four months. We believe the [installers] aren't expanding their crews to accelerate installation, they're laser focused on their cash flow due to the high interest rate environment and are looking clarity – for – yes, clarity on the NEM 3.0 demand.
>
> Sell-through of our batteries in California was 23% lesser in Q1 compared to Q4 as installers focused mainly on solar. We expect this trend to continue for

28

the next three to four months.  After that, we see NEM 3.0 as a net positive for California and expect strong demand to resume for solar plus storage.

\*        \*        \*

The sell-through of microinverters in non-California states was 25% lesser in Q1 compared to Q4.  We observed that the sell-through was even lower in states with low utility rates, such as Texas, Florida[,] and Arizona.

In these states, the economics of loan financing has worsened due to rising interest rates.  The sell-through performance in the Northeast U.S. was a little better.  Coming to IQ batteries, the sell-through in non-California states was 28% lesser in Q1 compared to Q4.

73.    During the same call, an analyst from JP Morgan commented on Enphase's operational expenses ("OpEx") guidance for its second quarter 2022 which "is kind of flattish quarter-over-quarter."  The analyst inquired "to the extent that the macro continues to deteriorate" and the "California transition might take longer than expected," "[h]ow should [analysts] think about OpEx going forward" and "balancing near-term profitability with a lot of the investments" that the Enphase was "making in geographic and product expansion and everything else."  Defendant Kothandaraman responded as follows:

You should always think about OpEx at 15% of sales.  That's the general model.  All I said in Q2 that we're not going to be compromising on innovation.  We're not going to be compromising our international growth. We're going to make generally the [C]ompany better in other areas.  But our baseline is 15% of revenue, and we don't plan on exceeding that.

74.    During the same call, the following exchange occurred between an analyst from Barclays Bank PLC and defendant Kothandaraman regarding a slower than expected IQ8 rollout:

[Analyst:]  And then on the IQ8 rollout, that's been slower than expected. Could you just go into some more detail into what's driving that?  Is it on the supply side with any of the components?  Or is it on the demand side as customers sound like they've had to work through inventory over the last quarter or two?  And I think on the last quarter call, you said you expected it to jump to 80% in 2Q.  So is that still the expectation?  And then just with the gross margins, it's very high this quarter and the IQ8 drove that.  But your 2Q guidance is lower and batteries are lower.  So that's going to be less of a drag. So is this just conservatism, or is there anything one-off that we should be aware about in 1Q or 2Q?

[Kothandaraman:]  There's nothing one-off.  You're right, we are – originally, I thought 90% by Q2, last earnings call, I told you 90% by Q3. That's the number, 90% by Q3.  80% by Q2 will be okay.  We are – for example, in Europe, 50% of our volumes are IQ8 right now.  We're

introducing IQ8 to many more countries as we speak.  Yesterday, we introduced IQ8 to Spain and Portugal.  Soon, we will introduce to Poland, Germany, et cetera.  We plan on doing the bulk of those introductions.  In this quarter, most of them, there will be some spillover in Q3 for a few, but we very much want to achieve 90% in Q3.  That's our target.

75.    In addition, the following exchange occurred between an analyst from Hallum Capital Group and defendant Kothandaraman regarding scenarios that will get the Company to the high and low ends of its 2023 revenue guidance:

**[Analyst:]**  One here at the end for me.  So I know a lot of moving parts.  You've got a big revenue range on one hand, less seasonality on the other.  Channel inventory that you've detailed, I'm just curious if you'd be willing to kind of go through a scenario that gets you to the high end of that revenue range and a scenario that gets you to the low end of that range and maybe how that breaks down between the U.S. and international?

**[Kothandaraman:]**  Yes.  I mean we are pretty conservative when it comes to our guidance.  You should see our track record in general.  And we do have – like what I said, we do have a lot of dry powder in terms of new products.  This year is the year of new products, and we are going to be releasing new products constantly.  And so, we think other than the base business, which we guided on in Q2, there is a lot more to come there.

So our guidance is a little bit wider this time, plus/minus $25 million.  It is to reflect a slightly more uncertainty compared to the last time.  But our Europe business is doing incredibly well.  We grew 25% in one quarter from Q4 to Q1.  We have doubled – we doubled from 2020 to 2021.  From 2021 to 2022, we grew 132%.  I just released my annual letter yesterday.  You can see that 132% growth from 2021 to 2022.  And so Europe is doing incredibly well for us.  We are focused on entering a lot more countries there.  We are focused on IQ8 microinverters.  We're focused on IQ batteries, lots of regions big market over 10 gigawatts compared to the U.S., which is 5 gigawatts right now.  So bottom line, we are pretty conservative.

**[Analyst:]**  Got it.  And then I mean you do have the wide range, but it did seem in your commentary that you do expect improvement versus the first quarter.  I mean, so is it fair to say that your expectation would be that the top half of that range?

**[Kothandaraman:]**  I mean we gave guidance, $700 million to $750 million.  And there's nothing else, we cannot say we are in the top half of the range.

76.    On this news, the Company's stock price dropped $56.77, or almost 26%, from a closing price of $220.60 per share on April 25, 2023, to close at $163.83 per share on April 26, 2023, on unusually heavy trading volume.

1

## AN INVESTOR FILES A SECURITIES CLASS ACTION

2       77.      On July 15, 2024, a purported purchaser of Company stock filed a securities class

3  action complaint, captioned *Hayes v. Enphase Energy, Inc., et al.*, Case No. 3:24-cv-04249, in the

4  United States District Court for the Northern District of California against Enphase Energy,

5  Kothandaraman, and Yang (the "Securities Class Action").  The *Hayes* Complaint alleges that

6  throughout the class period of December 12, 2022 through April 25, 2023, that Enphase and the

7  Securities Action Defendants made materially false and/or misleading statements, failing to disclose

8  material adverse facts about the Company's business, operations, and prospects.  Specifically, it is

9  alleged that the defendants made material misrepresentations and omissions of material fact by

10  failing to disclose that battery shipments were slowing, the Company was suffering from a lower

11  transition rate in California and a slower output of inverters, and trumpeting Enphase's Arizona and

12  Florida's microinverter deployments when they were being harmed by rising interest rates.  The

13  Securities Class Action is in its early stages.

14

## ENPHASE REPURCHASES SHARES DURING THE RELEVANT PERIOD

15       78.      During the Relevant Period, the Individual Defendants caused the Company to

16  repurchase its common stock at artificially inflated prices.  In total, during the Relevant Period, the

17  Company spent over $24.45 million to repurchase 148,557 shares of stock at artificially inflated

18  prices.  The actual value of the Company's stock was $163.83 per share, as of closing on April 26,

19  2023, therefore, Enphase should have spent approximately $24.34 million to repurchase its stock

20  during the Relevant Period.  As a result of the overpayment, Enphase suffered damages in the amount

21  of approximately $114,389.

22       79.      The following chart details the Company's repurchase transactions during the

23  Relevant Period:[2]

24

25

26

27  _____
[2] Upon information and belief, the shares were repurchased during the Relevant Period.

28
VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

| Repurchase Period | Number of Shares Repurchased | Average Repurchase Price Per Share | Total Repurchase Amount | Total Actual Value of Repurchased Shares ($163.83) | Overpayment |
|---|---|---|---|---|---|
| April 2023 | 148,557 | $164.60 | $24,452,482.20 | $24,338,093.31 | $114,388.89 |

## THE INDIVIDUAL DEFENDANTS' MISCONDUCT
## DIRECTLY AND PROXIMATELY CAUSES DAMAGES TO ENPHASE

80.     As a result of the Individual Defendants' improprieties, Enphase disseminated improper public statements concerning Enphase's operations, prospects, and internal controls. This misconduct has devastated Enphase's credibility.

81.     As a direct and proximate result of the Individual Defendants' actions, Enphase has expended, and will continue to expend, significant sums of money defending and paying any settlement in the Securities Class Action.

82.     As a direct and proximate result of the Individual Defendants' actions as alleged above, Enphase's market capitalization has been substantially damaged, losing millions of dollars in value because of the conduct described herein.

83.     Lastly, the actions of the Individual Defendants have irreparably damaged Enphase's corporate image and goodwill. For at least the foreseeable future, Enphase will suffer from what is known as the "liar's discount," a term applied to the stocks of companies that have been implicated in illegal behavior and have misled the investing public, such that Enphase's ability to raise equity capital or debt on favorable terms in the future is now impaired.

## CONSPIRACY, AIDING AND ABETTING, AND CONCERTED ACTION

84.     In committing the wrongful acts alleged herein, the Individual Defendants have pursued, or joined in the pursuit of, a common course of conduct, and have acted in concert with and conspired with one another in furtherance of their wrongdoing. The Individual Defendants caused the Company to conceal the true facts as alleged herein. The Individual Defendants further aided and abetted and/or assisted each other in breaching their respective duties.

85.     The purpose and effect of the conspiracy, common enterprise, and/or common course of conduct were, among other things, to (i) facilitate and disguise the Individual Defendants' violations of law, including breaches of fiduciary duty and unjust enrichment; (ii) conceal adverse information concerning the Company's operations, financial condition, future business prospects and internal controls; and (iii) artificially inflate the Company's stock price.

86.     The Individual Defendants accomplished their conspiracy, common enterprise, and/or common course of conduct by causing the Company purposefully, recklessly, or with gross negligence to engage in improper accounting methods, conceal material facts, fail to correct such misrepresentations, and violate applicable laws.  In furtherance of this plan, conspiracy, and course of conduct, the Individual Defendants collectively and individually took the actions set forth herein. The Individual Defendants described herein were direct, necessary, and substantial participants in the common enterprise, and/or common course of conduct complained here because the action described herein occurred under the authority and approval of the Board.

87.     Each of the Individual Defendants aided, abetted, and rendered substantial assistance in the wrongs complained of herein.  In taking such actions to substantially assist the commission of the wrongdoing complained of herein, each of the Individual Defendants acted with actual or constructive knowledge of the primary wrongdoing, either took direct part in or substantially assisted the accomplishment of that wrongdoing and was or should have been aware of his or her overall contribution to and furtherance of the wrongdoing.

88.     At all times relevant hereto, each of the Individual Defendants was the agent of each of the other Individual Defendants and Enphase and was at all times acting within the course and scope of such agency.

**PLAINTIFF HAS BEEN A STOCKHOLDER SINCE THE ALLEGED WRONGDOING AND WILL FAIRLY AND ADEQUATELY REPRESENT THE COMPANY'S AND ITS STOCKHOLDERS' INTERESTS**

89.     Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

90.     Plaintiff brings this action derivatively in the right and for the benefit of the Company to redress the Individual Defendants' misconduct.

91.     Plaintiff is an owner of Enphase common stock and has been an owner of Enphase common stock since the wrongdoing alleged herein.

92.     Plaintiff will adequately and fairly represent the interests of the Company and its stockholders in enforcing and prosecuting the Company's rights.

## **DEMAND IS FUTILE**

93.     Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

94.     As a result of the facts set forth herein, Plaintiff has not made any demand on the Enphase Board to institute this action against the Individual Defendants.  Such a demand would be a futile and useless act because the Board is incapable of making an independent and disinterested decision to institute and vigorously prosecute this action.

95.     At the time Plaintiff commenced this action, the Board consisted of the seven Director Defendants: Kothandaraman, Gomo, Haenggi, Kortlang, Malchow, Mora, and Rodgers.   The Director Defendants are incapable of making an independent and disinterested decision to institute and vigorously prosecute this action as explained herein.

### **Demand Is Futile Because the Director Defendants Each Face a Substantial Likelihood of Personal Liability**

96.     The Director Defendants all face a substantial likelihood of liability for their individual misconduct.  The Director Defendants were directors during the time the false and misleading statements were issued and, as such, had a fiduciary duty to ensure the accuracy of the Company's SEC filings, press releases, and other public statements and presentations concerning Enphase's business, operations, prospects, internal controls, and financial statements.

97.     Moreover, the Director Defendants owed and owe a duty to, in good faith and with due diligence, exercise reasonable inquiry, oversight, and supervision to ensure that the Company's internal controls were sufficiently robust and effective and were being implemented effectively, and

34

1    to ensure that the Board's duties were being discharged in good faith and with the required diligence

2    and due care.  Instead, they knowingly and/or with reckless disregard reviewed, authorized, and/or

3    caused the publication of the materially false and misleading statements discussed above that caused

4    the Company's stock to trade at artificially inflated prices.

5          98.    The Director Defendants also approved the 2023 Proxy Statement and, therefore, face

6    a substantial likelihood of personal liability because of the false and misleading statements contained

7    therein.

8          99.    The Director Defendants face a substantial likelihood of personal liability because of

9    their knowing and/or reckless authorization of false and misleading statements, their failure to timely

10   correct such statements, their failure to take necessary and appropriate steps to ensure that the

11   Company's internal controls were sufficiently robust and effective and were being implemented

12   effectively, and their failure to take necessary and appropriate steps to ensure that the Board's duties

13   were being discharged in good faith and with the required diligence constitute breaches of the

14   fiduciary duties of loyalty and good faith, for which the Director Defendants face a substantial

15   likelihood of liability.

16         100.   If the Director Defendants were to bring a suit on behalf of Enphase to recover

17   damages sustained as a result of this misconduct, they would expose themselves to significant

18   liability.  For this reason, it would be futile for Plaintiff to make a demand.

19   **The Audit Committee Defendants Face a Greater Likelihood of Personal Liability**

20         101.   The Audit Committee Defendants (Gomo, Kortlang, and Mora), as members of the

21   Audit Committee during the Relevant Period, participated in and knowingly and/or with reckless

22   disregard approved the filing of false financial statements.  More specifically, as members of the

23   Audit Committee, the Audit Committee Defendants were obligated to review the Company's annual

24   and quarterly reports to ensure their accuracy.  Instead, the Audit Committee Defendants, as

25   members of the Audit Committee, failed to ensure the integrity of the Company's financial

26   statements and financial reporting process and its systems of internal accounting and financial

27   controls and other financial information provided by the Company, as required by the Audit

28

1   Committee Charter.  For this reason, the Audit Committee Defendants cannot exercise disinterested

2   business judgment in considering a demand.

3   **Additional Demand Futility Allegations**

4   102.   Defendant Kothandaraman is not an independent director.  Indeed, the 2023 Proxy

5   Statement specifically states that Kothandaraman is not an independent director pursuant to Nasdaq

6   listing rules because of his position as CEO of Enphase.  Moreover, for the Company's fiscal year

7   2023, Kothandaraman received over $19.5 million in compensation, including based salary, stock

8   awards, and non-equity incentive plan compensation.   For the Company's fiscal year 2022,

9   Kothandaraman received over $16.6 million in compensation, including salary stock awards, and

10   non-equity incentive plan compensation.   These amounts are material to Kothandaraman, and

11   therefore, he would not be able to impartially consider a demand against members of the Board who

12   approve his executive compensation.  Accordingly, demand is futile as to defendant Kothandaraman.

13   103.   In addition, Kothandaraman is a named defendant in the Securities Class Action,

14   which asserts claims under the federal securities laws for violations of Sections 10(b) and 20(a) of

15   the Exchange Act as well as SEC Rule 10b-5 promulgated under the Exchange Act.  If the Company

16   is found liable in the Securities Class Action for these violations of the federal securities laws, the

17   Company's liability will be in whole or in part due to defendant Kothandaraman's willful and/or

18   reckless violations of his obligations as CEO and director of Enphase.   Hence, defendant

19   Kothandaraman is incapable of considering a demand to commence and vigorously prosecute this

20   action because he faces an even greater likelihood of personal liability than the rest of the Individual

21   Defendants.

22   104.   Moreover, as explained in more detail below, Kothandaraman and Rodgers have a

23   longstanding personal and business relationship.   Thus, defendant Kothandaraman could not

24   exercise independent business judgment against Rodgers in considering a demand to investigate and

25   prosecute this action.

26

27

28

105. Defendant Malchow is not independent. The 2023 Proxy Statement clearly states that he is not independent as defined under the applicable Nasdaq listing standards due to his service as a consultant for Enphase.

106. Because of his positions as a member of the Board and the Audit Committee, defendant Mora possessed material non-public information regarding Enphase's lower battery shipment and adoption; the harmful impact of rising interest rates on the Company's microinverter deployments to Arizona and Florida; decreased battery shipments to Europe and California; extended transition period with NEM 3.0; and slower inverter output from newly created U.S.-based manufacturing lines.

107. Defendant Mora unlawfully misused this information and unjustly enriched himself by selling his shares of Enphase stock at artificially inflated prices. As a result, Mora's conduct harmed Enphase as he unjustly enriched himself at the Company's expense. Accordingly, because this action asserts claims for unjust enrichment against Mora, and because he faces a substantial likelihood of liability for these claims as well as for their breaches of fiduciary duty to the Company, defendant Mora is incapable of considering a demand to commence and vigorously prosecute this action.

108. Defendants Gomo, Malchow, and Rodgers have a longstanding business and personal relationship that predates to at least 2020. Accordingly, based on their personal and business relationship, Gomo, Malchow, and Rodgers could not exercise independent business judgment in considering a demand to investigate and prosecute this action.

109. More specifically, from September 2020 to July 2021, Rodgers served as the Chairman of the board of directors and CEO of Rodgers Silicon Valley Acquisition Corp. ("Rodgers SVAC"), a special purpose acquisition company, and from December 2020 to July 2021, Gomo and Malchow served on the board of directors of Rodgers SVAC.

110. In July 2021, Gomo, Malchow, and Rodgers, as members of the board of Rodgers SVAC, approved and profited from its business combination with Enovix Corporation ("Enovix").

Rodgers has served as Chairman of the board of directors of Enovix since the business combination, while Malchow has served as a member of Enovix's board of directors since June 2023.

111.    Moreover, Gomo, Malchow, and Rodgers are named defendants in a securities action captioned *In re Enovix Corporation Securities Litigation,* Case No. 3:23-cv-00071-SI, filed in the United States District Court for the Northern District of California, alleging that throughout the class period of June 24, 2021 to October 2, 2023, defendants made materially false and/or misleading statements and failed to disclose material adverse facts about the Enovix's business, operations, and prospects.  Thus, Gomo, Malchow, and Rodgers are incapable of commencing and prosecuting this action because it will subject them to additional potential liability in the *Enovix* action.

112.    Additionally, defendants Rodgers and Kothandaraman have a long-standing business and personal relationship that spans at least twenty years.  Accordingly, based on their personal and business relationship, Kothandaraman and Rodgers could not exercise independent business judgment in considering a demand to investigate and prosecute this action.

113.    Specifically, defendant Rodgers founded Cypress Semiconductor Corporation ("Cypress Semiconductor") in 1982 and served as the President, CEO and as a member of its board of directors until April 2017.  Prior to Enphase, defendant Kothandaraman served as Executive Vice President of the Data Communications Division of Cypress Semiconductor, from April 2011 to September 2016.  Kothandaraman started his career with Cypress Semiconductor in 1995 and worked in process technology development and chip design before becoming Vice President of the Asynchronous SRAM Business in 2008.  He was subsequently promoted to executive vice president of Cypress Semiconductor's Data Communications Division in November 2011.  Kothandaraman also served as the Executive Director of Cypress Semiconductor Technology India Private Limited from 2012 to 2016.

## FIRST CAUSE OF ACTION
### Against the Individual Defendants for Breach of Fiduciary Duties

114.    Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

115.    Each Individual Defendant owed to the Company the duty to exercise candor, good faith, and loyalty in the management and administration of Enphase's business and affairs.

116.    Each of the Individual Defendants violated and breached his or her fiduciary duties of candor, good faith, loyalty, reasonable inquiry, oversight, and supervision.

117.    The Individual Defendants' conduct set forth herein was due to their intentional or reckless breach of the fiduciary duties they owed to the Company.  The Individual Defendants intentionally or recklessly breached or disregarded their fiduciary duties to protect the rights and interests of Enphase.

118.    In breach of their fiduciary duties owed and owe to Enphase, the Individual Defendants willfully or recklessly made, or caused or permitted the Company to make, false and misleading statements and omissions of material fact that failed to disclose the Company was experiencing, *inter alia*, (i) slower battery shipment and adoption, including decreased battery shipments to Europe and California; (ii) harmful impact due to the rising interest rates on the Company's microinverter deployments to Arizona and Florida; (iii) an extended transition period with NEM 3.0; and (iv) slower inverter output from newly created U.S.-based manufacturing lines.

119.    Accordingly, Enphase's public statements were materially false, misleading, and lacked a reasonable basis during the Relevant Period, thereby causing the stock to trade at artificially inflated prices.

120.    The Individual Defendants failed to and caused the Company to fail to rectify any of the wrongs described herein or correct the false and misleading statements and omissions of material fact referenced herein, thereby, rendering themselves personally liable to the Company for breaching their fiduciary duties.

121.    The Individual Defendants also failed to maintain an adequate system of oversight, disclosure controls and procedures, and internal controls in breach of their fiduciary duties.

122.    The Individual Defendants had actual or constructive knowledge that the Company issued materially false and misleading statements, and they failed to correct the Company's public statements.    The Individual Defendants had actual knowledge of the misrepresentations and

omissions of material facts set forth herein or acted with reckless disregard to the truth in that they failed to ascertain and disclose such facts even though such facts were available to them.  Such material misrepresentations and omissions were committed knowingly or recklessly and for the purpose and effect of artificially inflating the price of the Company's securities.

123.    The Individual Defendants had actual or constructive knowledge that they had caused the Company to improperly engage in the fraudulent schemes set forth herein and to fail to maintain adequate internal controls.  The Individual Defendants had actual knowledge that the Company was engaging in the fraudulent schemes set forth herein, and that internal controls were not adequately maintained or acted with reckless disregard for the truth in that they caused the Company to improperly engage in the fraudulent schemes and to fail to maintain adequate internal controls, even though such facts were available to them.  Such improper conduct was committed knowingly or recklessly and for the purpose and effect of artificially inflating the price of the Company's securities.  The Individual Defendants, in good faith, should have taken appropriate action to correct the schemes alleged herein and to prevent them from continuing to occur.

124.    These actions were not a good-faith exercise of prudent business judgment to protect and promote the Company's corporate interests.

125.    As a direct and proximate result of the Individual Defendants' breaches of their fiduciary obligations, Enphase has sustained and continues to sustain significant damages.  As a result of the misconduct alleged herein, the Individual Defendants are liable to the Company.

**SECOND CAUSE OF ACTION**
**Against the Individual Defendants for**
**Violations of Section 10(b) of the Exchange Act and Rule 10b-5**

126.    Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

127.    The Individual Defendants are liable to the Company because they violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder by the SEC.

128.    The Individual Defendants did the following while acting individually and collectively:

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

1          (a)      employed devises, schemes, and artifices to defraud;

2          (b)      made untrue statements of material fact or omitted to state material facts

3         necessary in order to make the statements made, in light of the circumstances

4         under which they were made, not misleading; or

5          (c)      engaged in acts, practices, and a course of business that operated as a fraud or

6         deceit upon the Company in connection with its purchases of Enphase

7         common stock during the Relevant Period.

8      129.    As set forth above, the Individual Defendants disseminated or approved the

9 dissemination of materially false and misleading statements while also failing to disclose material

10 facts necessary to make the statements made not misleading under the circumstances.

11      130.    The Individual Defendants knew or recklessly disregarded facts showing that these

12 statements were false and misleading because they received or had access to such information.

13      131.    As a result of the Individual Defendants' making these materially false and

14 misleading statements or permitting them to be made, Enphase's common stock traded at artificially

15 inflated prices during the Relevant Period.

16      132.    As discussed above, the Company spent over $24.45 million purchasing 148,557

17 shares of Enphase common stock at artificially inflated prices during the Relevant Period when it

18 should have spent around $24.34 million for that number of shares.

19      133.    Accordingly, the Company has suffered damages because it paid artificially inflated

20 prices for Enphase common stock.

21      134.    As a result of the foregoing, the Individual Defendants violated Section 10(b) of the

22 Exchange Act and Rule 10b-5 promulgated thereunder.

23

**THIRD CAUSE OF ACTION**
**Against the Securities Action Defendants**
**for Contribution Under Sections 10(b) and 21D of the Exchange Act**

24

25      135.    Plaintiff incorporates by reference and realleges each and every allegation set forth

26 above as though fully set forth herein.

27

28

136.     Enphase along with the Securities Action Defendants (Kothandaraman and Yang) are named as defendants in the Securities Class Action, which asserts claims under the federal securities laws for violations of Sections 10(b) and 20(a) of the Exchange Act and SEC Rule 10b-5 promulgated thereunder.  If the Company is found liable in the Securities Class Action for these violations of the federal securities laws, the Company's liability will be in whole or in part due to the Securities Action Defendants' willful and/or reckless violations of their obligations as officers and/or directors of Enphase.

137.     Because of their positions of control and authority as officers and/or directors of Enphase, the Securities Class Action Defendants were able to and did, directly and/or indirectly, exercise control over the business and corporate affairs of Enphase, including the wrongful acts complained of herein and in the Securities Class Action.

138.     Accordingly, the Securities Action Defendants are liable under Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), which creates an implied private right of action for contribution, Section 21D of the Exchange Act, 15 U.S.C. § 78u-4(f), which governs the application of a private right of action for contribution arising out of violations of the Exchange Act.

139.     As such, Enphase is entitled to receive all appropriate contribution or indemnification from the Securities Action Defendants.

**FOURTH CAUSE OF ACTION**
**Against the Individual Defendants for**
**Violation of § 14(a) of the Exchange Act and SEC Rule 14a-9**

140.     Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

141.     Rule 14a-9, promulgated pursuant to Section 14(a) of the Exchange Act, provides that no proxy statement shall contain "any statement which, at the time and in the light of the circumstances under which it is made, is false or misleading with respect to any material fact, or which omits to state any material fact necessary in order to make the statements therein not false or misleading."  17 C.F.R. § 240.14a-9.

142.    The 2023 Proxy Statement violated Section 14(a) and Rule 14a-9 because it solicited Enphase stockholder votes for, *inter alia*, director reelection, while simultaneously misrepresenting and/or failing to disclose the Company's shortcomings as discussed above.

143.    The Individual Defendants made untrue statements of material facts and omitted to state material facts necessary to make the statements that were made not misleading in violation of Section 14(a) and Rule 14a-9.  By virtue of their positions within the Company and roles in the process and in the preparation of the 2023 Proxy Statement, the Individual Defendants were aware of this information and of their duty to disclose this information in the 2023 Proxy Statement.

144.    In the exercise of reasonable care, the Individual Defendants should have known that the statements contained in the 2023 Proxy Statement were materially false and misleading.

145.    The omissions and false and misleading statements in the 2023 Proxy Statement are material in that a reasonable stockholder would consider them important in deciding how to vote on the re-election of directors.  Indeed, a reasonable investor would view a full and accurate disclosure as significantly altering the "total mix" of information made available in the 2023 Proxy Statement and in other information reasonably available to stockholders.

146.    As a direct and proximate result of the dissemination of the false and misleading 2023 Proxy Statement that the Individual Defendants used to obtain stockholder approval of and thereby re-elect directors, nominal defendant Enphase suffered damage and actual economic losses (*i.e.*, wrongful re-election of directors) in an amount to be determined at trial.

**FIFTH CAUSE OF ACTION**
**Against the Individual Defendants for Unjust Enrichment**

147.    Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

148.    By their wrongful acts, violations of law, and false and misleading statements and omissions of material fact that they made or caused to be made, the Individual Defendants were unjustly enriched at the expense of, and to the detriment of, Enphase.

43

149.    The Individual Defendants benefitted financially from the improper conduct, received unjustly lucrative bonuses tied to the false and misleading statements, and received bonuses, stock options, or similar compensation from Enphase that was tied to the performance or artificially inflated valuation of Enphase, or received compensation that was unjust in light of the Individual Defendants' bad faith conduct.

150.    Plaintiff, as a stockholder and representative of Enphase, seeks restitution from the Individual Defendants and seeks an order from this Court disgorging all profits—including from insider sales, benefits, and other compensation, including any performance-based or valuation-based compensation—obtained by the Individual Defendants from their wrongful conduct and breach of their fiduciary and contractual duties.

151.    Plaintiff, on behalf of Enphase, has no adequate remedy at law.

## SIXTH CAUSE OF ACTION
### Against the Individual Defendants for Waste of Corporate Assets

152.    Plaintiff incorporates by reference and realleges each and every allegation set forth above, as though fully set forth herein.

153.    As a further result of the foregoing, the Company will incur many millions of dollars of legal liability and/or costs to defend legal actions (evidenced, for example, by the Securities Class Action), to engage in internal investigations, and to lose financing from investors and business from future customers who no longer trust the Company and its products.

154.    As a result of the waste of corporate assets, the Individual Defendants are each liable to the Company.

155.    Plaintiff, on behalf of Enphase, has no adequate remedy at law.

## SEVENTH CAUSE OF ACTION
### Against the Individual Defendants for Aiding and Abetting

156.    Plaintiff incorporates by reference and realleges each and every allegation set forth above, as though fully set forth herein.

157.    Each of the Individual Defendants acted and is acting with knowledge of, or with disregard to, the fact that the Individual Defendants are in breach of their fiduciary duties to Enphase and has participated in a conspiracy in breach of fiduciary duties.

158.    In committing the wrongful acts alleged herein, each of the Individual Defendants has pursued, or joined in the pursuit of, a common course of conduct.  The Individual Defendants have acted in concert with and conspired with one another in furtherance of their common plan or design.  In addition to pursuing the wrongful conduct that gives rise to their primary liability, the Individual Defendants also aided, abetted, and assisted each other in breaching their respective duties.

159.    The Individual Defendants collectively and individually initiated and followed a course of conduct that violated the federal securities laws; authorized corporate actions to serve their own personal interests rather than the interests of the Company and its stockholders; misrepresented material facts about the Company, its financial condition, and business prospects; prevented the disclosure of material information necessary to make statements complete and accurate; and failed to implement and maintain an adequate system of internal controls and corporate governance practices.

160.    The purpose and effect of the Individual Defendants' conspiracy, common enterprise, and common course of conduct was, among other things, to disguise the Defendants' violations of law, including violations of the federal securities laws and breaches of fiduciary duty.

161.    Each of the Individual Defendants played a direct, necessary, and substantial part in the conspiracy, common enterprise, and common course of conduct complained of herein.

162.    Each of the Individual Defendants aided, abetted, and rendered substantial assistance in the wrongs complained of herein.  In taking such actions to substantially assist the commission of the wrongdoing complained of herein, the Individual Defendants acted with knowledge of the primary wrongdoing, substantially assisted the accomplishment of that wrongdoing, and were aware of their overall contributions to and furtherance of the wrongdoing.

**EIGHTH CAUSE OF ACTION**
**Against Mora for Insider Selling and Misappropriation of Information**

163.    Plaintiff incorporates by reference and realleges each and every allegation set forth above, as though fully set forth herein.

164.    At the time of his stock sales set forth herein, defendant Mora knew of the information described above and sold Enphase common stock on the basis of such information.

165.    The information described above was proprietary non-public information concerning the Company.  It was a proprietary asset belonging to the Company, which Mora used for his own benefit when he sold Enphase common stock.

166.    Defendant Mora's sale of Company common stock while in possession and control of this material adverse non-public information was a breach of his fiduciary duties of loyalty and good faith.

167.    Because the use of the Company's proprietary information for his own gain constitutes a breach of defendant Mora's fiduciary duties, the Company is entitled to the imposition of a constructive trust on any profits that Mora obtained thereby.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment as follows:

A.    Declaring that Plaintiff may maintain this derivative action on behalf of Enphase and that Plaintiff is a proper and adequate representative of the Company;

B.    Awarding the amount of damages sustained by the Company as a result of the Individual Defendants' breaches of fiduciary duties and violations of the federal securities laws;

C.    Ordering Mora to disgorge monies obtained as a result of his sale of Enphase stock while in possession of insider information as described herein;

D.    Awarding prejudgment interest to the Company;

E.    Granting appropriate equitable relief to remedy Individual Defendants' breaches of fiduciary duties and other violations of law;

F.    Awarding to Plaintiff the costs and disbursements of the action, including reasonable attorneys' fees, accountants' and experts' fees and costs and expenses; and

46

VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

1      G.      Granting such other and further relief as the Court deems just and proper.

2                              **JURY TRIAL DEMANDED**

3      Plaintiff hereby demands a trial by jury.

4

5    Dated:  September 5, 2024                    Respectfully submitted,

6                                                */s/ Marion C. Passmore*
                                                 Marion C. Passmore (SBN 228474)
7                                                  passmore@bespc.com
                                                 Melissa A. Fortunato (SBN 319767)
8                                                  fortunato@bespc.com
                                                 BRAGAR EAGEL & SQUIRE, P.C.
9                                                580 California Street, Suite 1200,
                                                 San Francisco, CA 94104
10                                               Telephone: (415)568-2124
                                                 Facsimile: (212) 214-0506
11
                                                 *Attorneys for Plaintiff*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## VERIFICATION

I, Edwin Isaac, declare that I have reviewed the Verified Stockholder Derivative Complaint ("Complaint") prepared on behalf of Enphase Energy, Inc., and authorize its filing. I have reviewed the allegations made in the Complaint, and as to those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely on my counsel and their investigation and, for that reason, believe them to be true. I further declare that I am a current holder of Enphase Energy, Inc. stock and have continuously held Enphase Energy, Inc. stock from the time of the wrongdoing alleged herein until the present. I declare under penalty of perjury that the foregoing is true and correct.

Executed this __4__ day of September 2024.

*Edwin Isaac*

_____

Edwin Isaac